# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR 19 0544**

FRANKLIN LENELL MILLER, aka Franklin Lennell Miller, Franklin Lennell Miller Jr.,



~~UNDER SEAL~~

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Alprazolam;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this __17__ day of OCT 2019

Ada Means, Clerk

Bail $ **NO BAIL WARRANT**

Jacqueline Scott Corley
United States Magistrate Judge

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 21 U.S.C. § 841(a)(1) & (b)(1)(C): Distribution of Alprazolam

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: Maximum 20 years in prison; $1 million fine; mandatory min. 3 years S/R and max. lifetime S/R; $100 special assessment

~~UNDER SEAL~~

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▸ Franklin Lenell Miller

**DISTRICT COURT NUMBER**
CR 19 0544 RS

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Noah Stern

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▸ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
```

FILED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 0544 |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Alprazolam; |
| FRANKLIN LENELL MILLER, aka Franklin Lennell Miller, Franklin Lennell Miller Jr., | ) 21 U.S.C. § 853 – Forfeiture Allegation |
| Defendant. | ) [UNDER SEAL] |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Alprazolam)

On or about October 3, 2019, in the Northern District of California, the defendant,

FRANKLIN LENELL MILLER, aka Franklin Lennell Miller, Franklin Lennell Miller Jr.,

did knowingly and intentionally distribute Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT
[UNDER SEAL]

1 | **FORFEITURE ALLEGATION:**     (21 U.S.C. § 853 – Criminal Forfeiture)

2    The allegations contained above are hereby re-alleged and incorporated by reference for the
3 purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.
4    Upon conviction of any of the offenses alleged in Count One above, the defendant,
5 FRANKLIN LENELL MILLER, aka Franklin Lennell Miller, Franklin Lennell Miller Jr.,
6 shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title,
7 and interest in any property constituting or derived from any proceeds defendant obtained, directly or
8 indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or
9 part, to commit or to facilitate the commission of such violations, including but not limited to a
10 forfeiture money judgment.
11    If any of the property described above, as a result of any act or omission of the defendant:
12     a.    cannot be located upon exercise of due diligence;
13     b.    has been transferred or sold to, or deposited with, a third party;
14     c.    has been placed beyond the jurisdiction of the court;
15     d.    has been substantially diminished in value; or
16     e.    has been commingled with other property which cannot be divided without
17          difficulty,
18 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
19 United States Code, Section 853(p).
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT
[UNDER SEAL]                                        2

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 17 OCTOBER 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco, California

DAVID L. ANDERSON
United States Attorney

_____
NOAH STERN
Assistant United States Attorney

INDICTMENT
[UNDER SEAL]                                    3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**UNDER SEAL**

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. FRANKLIN LENELL MILLER

**CASE NUMBER:** CR 19 0544 RS

| Question | Answer |
|---|---|
| Is This Case Under Seal? | Yes ✓    No |
| Total Number of Defendants: | 1 ✓    2-7    8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes    No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓    OAK    SJ |
| Is this a potential high-cost case? | Yes    No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes    No ✓ |
| Is this a RICO Act gang case? | Yes    No ✓ |

**Assigned AUSA (Lead Attorney):** Noah Stern

**Date Submitted:** 10/17/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF